```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        JUN 15 2009
         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-200 MJP |
| Plaintiff, | |
| v. | INFORMATION |
| FAWNE LEI-PETERSEN, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
**(Embezzlement of Labor Union Assets)**

Beginning at time unknown, and continuing through on or about April 2007, at King County, in the Western District of Washington, the defendant Fawne Lei-Peterson, while an office manager employed directly by the International Union of Painters and Allied Trades (IUPAT) Local (LU) 300, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount

//
//
//
//

09-CR-00200-INFO

INFORMATION/Lei-Peterson - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2  of eighty-six thousand, one hundred and sixteen dollars, and eight cents ($86,116.08), in
3  violation of Title 29, United States Code, Section 501(c).
4
5   DATED this __15th__ day of June, 2009.
6
7
8   JEFFREY C. SULLIVAN
    United States Attorney
9
10
11  ANNETTE L. HAYES
    Assistant United States Attorney
12
13
14  MATTHEW D. DIGGS
    Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION/Lei-Peterson - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970